ADAM GORDON
United States Attorney
Brandon Kimura
Assistant U.S. Attorney
California Bar No. 241220
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9614

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY PITTS,

Defendant.

Case No.: 25-cr-03954-AGS

**STIPULATIONS**

Trial Date: August 7, 2026
Time: 3:30 p.m.

THE PARTIES HAVING AGREED, IT IS HEREBY STIPULATED between the plaintiff, the United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Brandon Kimura, Assistant United States Attorney, and defendant Timothy Pitts, by and through their counsel, Carmel Abuzaid, that the following would be the uncontroverted testimony, facts and admissible evidence at trial:

1. On or about January 16, 2013, defendant Timothy Pitts was convicted in the Superior Court of California of a crime punishable by imprisonment for a term exceeding one year.

//
//
//

2. From January 16, 2013, until today, including on January 8, 2026, defendant Timothy Pitts knew that they were convicted in court of a crime punishable by imprisonment for a term exceeding one year.

3. A Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives, qualified as an expert in firearms and ammunition and the interstate and international movement of firearms and ammunition would testify that:

   a. The Taurus G3C handgun bearing serial number ACJ22625 is a firearm and both it and the 9mm Luger ammunition seized with it on August 30, 2025, had been shipped from one state to another or between a foreign nation and the United States.

4. San Diego Police Department Officer Manuel Rodriguez would testify that:

   a. On August 30, 2025, at approximately 2 p.m., he encountered Defendant Timothy Pitts (Defendant) within the Southern District of California, specifically near 2000 National Avenue in San Diego, California.

   b. That the encounter was captured on body-worn camera, previously filed as Exhibit 3 to the United States' Opposition to Defendant Motion at ECF 48, file name BWC, 1016_Firearm, (Rodriguez BWC) and that this was a true and accurate depiction of that encounter. *See id.* at 2:05-4:03.

   c. That consistent with Exhibit 3, BWC, 1016_Firearm, (Rodriguez BWC), he found a Taurus G3C handgun bearing serial number ACJ22625 tucked into Defendant's waistband.

//

//

d. That the Taurus G3C handgun bearing serial number ACJ22625 was inspected and determined to be loaded with 13 rounds of 9mm Luger ammunition.

These stipulations are being entered into freely and voluntarily by all parties.

SO STIPULATED AND AGREED.

Respectfully submitted,

ADAM GORDON
United States Attorney

Dated: 8/3/26 ______ for
Brandon Kimura
Assistant U.S. Attorney

Dated: 7/22/26 ______
Timothy Pitts
Defendant

Dated: 8/3/26 ______
Carmel Abuzaid
Attorney for Defendant